# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK FOLKS,<br>      Plaintiff,<br>  v.<br><br>WARDEN SPAULDING, SIA J. FOSNOT, and SIS ORDONEZ,<br>      Defendants. | No. 1:20-CV-01101<br><br>(Judge Rambo) |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss or for summary judgment (Doc. 16) is **GRANTED** as to the motion for summary judgment.

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on all claims in the Complaint.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                S/Sylvia H. Rambo
                                                United States District Judge

Dated: June 1, 2021